■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN OUTLING, Appellant. [648 NYS2d 358] —Judgment unanimously affirmed. Memorandum: By entering a knowing, intelligent and voluntary waiver of his right to appeal, defendant waived his right to appellate review of Supreme Court's denial of his suppression motion (*see, People v Seaberg,* 74 NY2d 1, 7; *People v Smith,* 210 AD2d 533, 535, *lv denied* 84 NY2d 1039). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Rape, 1st Degree.) Present—Denman, P. J., Green, Callahan, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN WOLFE, Appellant. [648 NYS2d 358] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Callahan, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE JAMES, JR., Appellant. [648 NYS2d 361] —Judgment unanimously affirmed. Memorandum: Defendant has not met his "high burden of demonstrating that he was deprived of a fair trial by less than meaningful representation" (*People v Hobot,* 84 NY2d 1021, 1022). Defendant failed to preserve for our review his contentions that County Court's *Allen* charge (*see, Allen v United States,* 164 US 492, 501-502) was unduly coercive (*see, People v White,* 166 AD2d 910, *lv denied* 76 NY2d 992) and that the prosecutor's improper remarks on summation deprived him of a fair trial (*see, People v Chaney,* 155 AD2d 985). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Monroe County Court, Egan, J.—Burglary, 1st Degree.) Present—Denman, P. J., Green, Callahan, Doerr and Boehm, JJ.